# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

**MEMO ENDORSED**

August 11, 2008



Nadine M. Gomes Williams
Associate
ngwilliams@mwe.com
212.547.5763

*We can discuss the proposed motion at the conference on 9/11/08.*

SO ORDERED:
Date: 8/13/08
Richard M. Berman, U.S.D.J.

BY HAND

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Trustees of the New York Nurses Association Pension Plan v. Cabrini Medical Center*, Index No: 08 Civ. 6918

Dear Judge Berman:

This firm represents the respondent Cabrini Medical Center (the "Respondent") in the above referenced matter. On August 7, 2008, we received Your Honor's notice of an initial pre-trial conference scheduled for September 11, 2008 at 9:30 a.m. We write to respectfully notify the Court that given Your Honor's Individual Rules of Practice, which rules require parties to attend a pre-motion conference prior to making any motions to the Court, Respondent will not file its Motion to Vacate the Arbitration Award until after the September 11th conference. Accordingly, we respectfully request that the September 11th conference also serve as a pre-motion conference.

Please feel free to contact me with any questions concerning this matter.

Respectfully yours,

Nadine M. Gomes Williams

cc:  Albert Kalter (*via facsimile and first-class mail*)
     Attorney for Petitioner

NYK 1173530-1 060763.0013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue  New York, New York 10173-1922  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com